1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS, | Case No.  1:20-cv-00170-AWI-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 9, 11) |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, | |
| Defendant. | |

        Carla Rounds ("Plaintiff") filed this action against the Board of Trustees of the California State University in the Superior Court for the State of California in the County of Stanislaus on December 16, 2019.  (ECF No. 1.)  On January 31, 2020, Defendant removed the action to the Eastern District of California.  (Id.)

        The mandatory scheduling conference was held on April 17, 2020.  Counsel Jennifer Perkell and Brandon Fields appeared telephonically for Defendant.  Plaintiff did not appear for the conference.  Due to Plaintiff's failure to appear at the scheduling conference, an order issued on this same date requiring Plaintiff to show cause why sanctions should not issue for the failure to appear at the mandatory scheduling conference within seven days.  On April 21, 2020, Plaintiff filed a response to the order to show cause.

        The Court has read and considered Plaintiff's response and the order to show cause shall

be discharged.

Accordingly, the April 17, 2020 order requiring Plaintiff to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 21, 2020**

UNITED STATES MAGISTRATE JUDGE