# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 15, 16) |

　　　　A scheduling order for this matter issued on April 20, 2020, setting pretrial deadlines and trial dates. A pretrial conference is currently set before Judge Anthony Ishii for August 17, 2022, and trial is set for October 18, 2022. (ECF No. 10.)

　　　　On June 6, 2022, the parties filed a stipulation and motion to modify the schedule and continue the deadlines and trial dates. (ECF No. 15.) The parties seek to extend the discovery deadlines because, despite their diligent efforts to complete discovery, covid-19-related shutdowns and unforeseen scheduling issues have prevented the parties from completing depositions. In seeking extensions of the discovery deadlines, the parties also seek to continue the other deadlines and trial dates on the schedule. This is the parties' first request to modify the schedule. The Court finds good cause exists to grant the parties' stipulated motion.

　　　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties'

1

stipulated motion to modify the schedule (ECF No. 15) is GRANTED. The scheduling order is modified as follows:

1. Non-Expert Discovery Deadline, including any motions to compel: **February 28, 2023**;
2. Expert Witness Disclosure Deadline: **January 20, 2023**;
3. Supplemental Expert Disclosure Deadline: **February 28, 2023**;
4. Expert Discovery Deadline, including any motions to compel: **March 30, 2023**;
5. Dispositive Motion Deadline: January 9, 2023;
6. Pretrial Conference: **March 9, 2023**, at **10:30 a.m.**, in Courtroom 2 before the Honorable Anthony W. Ishii; and
7. Trial: **May 9**, at **8:30 a.m.**, in Courtroom 2 before the Honorable Anthony W. Ishii.
8. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES MAGISTRATE JUDGE