# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO EXTEND DEPOSITION FOR JULY 27, 2022, IN COURTROOM 9 AND REQUIRING PARTIES TO FILE JOINT STATEMENT ON OR BEFORE JULY 18, 2022<br><br>(ECF Nos. 18, 19) |

On January 21, 2022, Defendant filed a motion to extend the deposition of Plaintiff, and set the hearing in Courtroom 2 before the District Judge assigned to this action. (ECF No. 18.) All discovery motions are to be adjudicated by the assigned magistrate judge. L.R. 302(c)(1). Discovery motions are subject to the requirements of Local Rule 251, including its requirements for meeting and conferring, and for the parties to file a joint statement fourteen (14) days prior to the hearing. L.R. 251(b). The Court shall reset the hearing before the assigned magistrate judge as the motion was incorrectly set.[1]

On July 11, 2022, fourteen (14) days before the incorrectly set hearing date, Defendant filed a declaration of counsel indicating that they had made a good faith attempt to secure the cooperation of Plaintiff's counsel in drafting a joint statement. (ECF No. 19.) Specifically, on

---

[1] This is not the first time this Defendant has improperly filed a motion before the District Judge in this same action. (See (ECF Nos. 15, 16.)

1

1 Friday July 8, 2022, Defendant's counsel emailed Plaintiff's counsel to inquire whether counsel
2 had time to speak about the motion.  Plaintiff's counsel responded asking whether Defendant had
3 a draft for Plaintiff's counsel to look at.  On Monday, July 11, 2022, Defendant's counsel
4 responded that they had not prepared a draft, and called Plaintiff's counsel and left a voicemail,
5 but did not return the call as of the filing.  The Court does not find Defendant's counsel's email
6 on Friday, before the Monday the joint statement is due, to adequately demonstrate a good faith
7 attempt to secure a joint statement for the Court or a failure on the part of Plaintiff as the
8 nonmoving party, in light of the fact Plaintiff did respond on Friday, the same day, and Plaintiff
9 did request a draft.  See L.R. 251(b) ("Counsel for the moving party or prospective moving party
10 shall be responsible for arranging the conference, which shall be held at a time and place and in a
11 manner mutually convenient to counsel.").  Only providing one date as an option to confer, one
12 business day prior to the deadline, is not sufficient.

Therefore, given the Court is resetting the hearing, the Court shall order the parties to meet and confer on the issues underlying the motion, and the parties shall file a joint statement in compliance with Local Rule 251, on or before July 18, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to extend Plaintiff's deposition (ECF No. 18) currently set for July 25, 2022, in Courtroom 2, is reset for July 27, 2022, at 10:00 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone; and
2. The parties shall file a joint statement in compliance with Local Rule 251, **on or before July 18, 2022.**

IT IS SO ORDERED.

Dated:   **July 12, 2022**

UNITED STATES MAGISTRATE JUDGE