# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>            Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>            Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER VACATING JULY 27, 2022 HEARING ON DEFENDANT'S MOTION TO EXTEND DEPOSITION<br><br>(ECF Nos. 18, 19, 20, 21, 22) |

On July 1, 2022, Defendant filed a motion to extend the deposition of Plaintiff and set the hearing before the District Judge. (ECF No. 18.) The Court reset the hearing for July 27, 2022, and ordered the parties to file a joint statement. (ECF No. 20.) Having considered the moving papers, the parties' separate statements, as well as the Court's file, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for July 27, 2022, will be vacated and the parties will not be required to appear at that time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that the hearing on Defendant's motion for
2 extension of deposition set for July 27, 2022, at 10:00 a.m. in Courtroom 9, is HEREBY
3 VACATED.

IT IS SO ORDERED.

Dated:  **July 26, 2022**

UNITED STATES MAGISTRATE JUDGE