# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS, | Case No. 1:20-cv-00170-AWI-SAB |
| Plaintiff, | ORDER VACATING DECEMBER 14, 2022 HEARING AND GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND |
| v. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, | (ECF Nos. 26, 27) |
| Defendant. | |

Currently pending before the Court is Plaintiff's motion to file a first amended complaint, filed on October 21, 2022.  (ECF No. 26.)  The motion is currently set for hearing on December 14, 2022, at 10:00 a.m. in Courtroom 9.  (ECF No. 27.)  In the description of the meet and confer efforts, Plaintiff's motion indicates that Defendant had no objection to the motion to amend or the proposed amended complaint.  (ECF No. 26 at 2.)  Further, the period in which to have filed a timely objection has now passed.  L.R. 230(c).  In light of the representation that Defendant has no objection to either the motion to amend or the proposed amended complaint, as well as the absence of any objection on the record from Defendant, the Court finds that it is appropriate to vacate the December 14, 2022 hearing and grant Plaintiff's motion to amend.  See Fed. R. Civ. P. 15; L.R. 230.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The December 14, 2022 hearing (ECF No. 27) is VACATED;[1]

2.      Plaintiff's motion to amend (ECF No. 26) is GRANTED; and

3.      Within five (5) days of service of this order, Plaintiff shall file the proposed amended complaint (ECF No. 26-2) on the docket.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1]  Plaintiff's motion to compel depositions remains on calendar for hearing on December 14, 2022.  (ECF Nos. 28, 29.)

2