# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER VACATING DECEMBER 14, 2022 HEARING AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO CONDUCT ADDITIONAL DEPOSITIONS<br><br>(ECF Nos. 28, 29) |

On October 28, 2022, Plaintiff filed a motion for leave to allow the taking of more than ten (10) depositions pursuant to Federal Rule of Civil Procedure 30(a))(2) and set the hearing before the District Judge for December 12, 2022. (ECF No. 28.) The Court reset the hearing before the assigned Magistrate Judge for December 14, 2022. (ECF No. 29.)

Pursuant to Local Rule 251, as amended March 1, 2022, a hearing on any discovery motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45 requires the parties' joint statement regarding the discovery disagreement to be filed at least fourteen (14) days before the scheduled hearing date. L.R. 251(a). If the joint statement is not timely filed, the hearing may be dropped from the calendar without prejudice. Id. Because no joint statement was filed by the deadline to do so, the Court shall vacate the hearing on the Plaintiff's motion and deny the motion without prejudice to the Plaintiff refiling.

/ / /

1

Accordingly, pursuant to Local Rule 251(a), IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for leave to conduct additional depositions, set for December 14, 2022, at 10:00 a.m. in Courtroom 9, (ECF Nos. 28, 29), is VACATED, and the motion is DENIED without prejudice to the Plaintiff refiling the motion.

IT IS SO ORDERED.

Dated:     **December 2, 2022**

UNITED STATES MAGISTRATE JUDGE