# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT<br><br>(ECF Nos. 17, 33)<br><br>FIVE DAY DEADLINE |

Following modification of the scheduling order on June 6, 2022, the nonexpert discovery deadline currently expires on February 28, 2023; the dispositive motion filing deadline expires January 9, 2023, before the nonexpert discovery deadline; a pretrial conference is set for March 9, 2023; and a trial date is set for May 9, 2023, before District Judge Anthony Ishii. (ECF No. 17.)[1]  On October 21, 2022, Plaintiff filed a motion to file a first amended complaint.  (ECF No. 26.)  In the description of the meet and confer efforts, Plaintiff's motion indicated that Defendant had no objection to the motion to amend or the proposed amended complaint.  (ECF No. 26 at 2.)  Further, the time period to file an opposition expired, and Defendant filed no opposition.  L.R. 230(c).  Therefore, on November 16, 2022, the Court vacated the hearing and granted the motion for leave to amend.  (ECF No. 30.)  On November 17, 2022, Plaintiff filed a first amended complaint.  (ECF No. 31.)  On December 8, 2022, the Defendant filed a motion to dismiss the

---

[1] The parties' stipulation requested such dates.  (ECF No. 15 at 5.)

1

first amended complaint, that is currently set for hearing before the District Judge on January 10, 2023.  (ECF Nos. 33, 34.)

Although there was no opposition to the motion for leave to amend, Defendant has now moved to dismiss the first amended complaint.  In light of the pending motion to dismiss the recently filed first amended complaint, the currently set deadlines for discovery and to file a dispositive motion, as well as the pretrial conference and trial dates in relation to the aforementioned, the Court finds it prudent to require the parties to file a status report concerning whether the currently set dates should remain set.

Accordingly, IT IS HEREBY ORDERED that within five (5) days of entry of this order, the parties shall file a status report concerning the pending motion to dismiss in relation to the discovery deadlines, and readiness to adhere to the dispositive motion filing deadline, pretrial conference date, and trial date.[2]  Alternatively, the parties may contact chambers to schedule a status hearing to discuss this matter, and further, the Court may set the matter for a status hearing depending on the information provided in the status report.

IT IS SO ORDERED.

Dated:  **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[2] For example, are the parties prepared to file dispositive motions before the current deadline, while the motion to dismiss is still pending a decision?

2