# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS,<br><br>            Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,<br><br>            Defendant. | Case No. 1:20-cv-00170-AWI-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 35, 36) |

Following modification of the scheduling order on June 6, 2022, the nonexpert discovery deadline currently expires on February 28, 2023; the dispositive motion filing deadline expires January 9, 2023, before the nonexpert discovery deadline; a pretrial conference is set for March 9, 2023; and a trial date is set for May 9, 2023, before District Judge Anthony Ishii.  (ECF No. 17.)[1] On October 21, 2022, Plaintiff filed a motion to file a first amended complaint.  (ECF No. 26.) Plaintiff's motion indicated Defendant had no objection to the motion to amend or the proposed amended complaint, and after the time period to file an opposition expired, on November 16, 2022, the Court vacated the hearing and granted the motion for leave to amend.  (ECF No. 30.) On November 17, 2022, Plaintiff filed a first amended complaint.  (ECF No. 31.)  On December

---

[1] The parties' stipulation requested the deadlines to expire in this sequence, in line with the initially requested dates. (ECF Nos. 10, 15 at 5.)

1

1  8, 2022, Defendant filed a motion to dismiss the first amended complaint, that is currently set for
2  hearing before the District Judge on January 10, 2023.  (ECF Nos. 33, 34.)  On December 12,
3  2022, in light of the pending motion to dismiss the recently filed first amended complaint, the
4  currently set deadlines for discovery and to file a dispositive motion, as well as the pretrial
5  conference and trial dates in relation to the aforementioned, the Court ordered the parties to file a
6  status report concerning whether the currently set dates should remain set.  (ECF No. 35.)

7  On December 16, 2022, the parties filed a joint status report.  (ECF No. 36.)  As the report
8  explains, Plaintiff has not taken depositions in this case yet, and intends to take in excess of ten
9  (10).  Plaintiff had filed a motion to extend the number of depositions, which was set to be heard
10  on December 14, 2022, however, on December 2, 2022, the Court denied the motion without
11  prejudice as the parties did not file a joint statement as required by the Local Rules.  (ECF No.
12  32.)  Following the completion of Plaintiff's deposition, Defendant began preparing a motion for
13  summary judgment, however, Plaintiff filed the motion for leave to amend.  Defendant did not
14  oppose amendment given the liberal standard.  On December 8, 2022, Defendant filed the motion
15  to dismiss the Plaintiff's newly added causes of action, that is set for hearing on January 10, 2023,
16  before the District Judge.  (ECF Nos. 33, 34.)

17  As noted in the report, the dispositive motion filing deadline of January 9, 2023, is one
18  day before the hearing on the motion to dismiss.  Defendant proffers it intended to adhere to such
19  deadline but for the amended complaint.  The parties now joint request a continuance of the
20  discovery deadlines, the dispositive motion filing deadline, as well as the pretrial conference and
21  trial dates.  The Court does not find the parties have demonstrated sufficient good cause to extend
22  the discovery deadlines as far as requested, particularly given the lack of depositions completed
23  by Plaintiff, however, the Court will adjust the scheduling as set forth below to accommodate the
24  recently filed motion to dismiss, and to allow the parties additional time to complete the requested
25  discovery.
26  / / /
27  / / /
28  / / /

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 36) is GRANTED, and the scheduling order is modified as follows:

1. Expert Witness Disclosure Deadline: **March 20, 2023**;
2. Non-Expert Discovery Deadline: **March 31, 2023**;
3. Supplemental Expert Disclosure Deadline: **April 10, 2023**;
4. Expert Discovery Deadline: **May 1, 2023**;
5. Dispositive Motion Deadline: **May 15, 2023**;
6. Pretrial Conference: **November 16, 2023**, at **10:00 a.m.**, in Courtroom 2;
7. Trial: **January 23, 2024**, at **8:30 a.m.**, in Courtroom 2; and
8. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **December 19, 2022**

UNITED STATES MAGISTRATE JUDGE