1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ROUNDS, | Case No. 1:20-cv-00170-AWI-SAB |
| Plaintiff, | ORDER RESETTING PLAINTIFF'S MOTION TO CONDUCT ADDITIONAL DEPOSITIONS FOR FEBRUARY 1, 2023, IN COURTROOM 9 |
| v. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, | (ECF No. 38) |
| Defendant. | |

On December 20, 2022, Plaintiff filed a motion for leave to allow the taking of more than ten (10) depositions, and set the motion for hearing before the District Judge on January 30, 2023, in Courtroom 2.  (ECF No. 38.)

Once again, the Court shall reset the motion before the correct judge assigned to this action.  As this Court has explained before to Plaintiff, (ECF No. 20 at 1), all discovery motions are to be adjudicated by the assigned Magistrate Judge.  L.R. 302(c)(1).  The Court notes there is a pattern in this action of the parties setting motions before the incorrect judge in this action, and indeed, this is not the first time Plaintiff filed *this* motion before the incorrect judge.  **The parties are cautioned** that if a motion is again incorrectly set in this matter, and it is clear under the applicable rules which judge the motion should have been set before, the Court is inclined to impose sanctions on the offending party for the failure to abide by the rules and orders of this

Court.[1]

Further, Plaintiff is, again (ECF No. 20 at 1), reminded of the obligation to file a joint statement pursuant to Local Rule 251, and **Plaintiff is forewarned** that given the scheduling deadlines and the proffer that none of the Plaintiff's proposed depositions have been completed yet, the Court expects Plaintiff to begin conducting and/or setting the most essential depositions **now**, before the motion is adjudicated.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to conduct more than ten (10) depositions, (ECF No. 38), currently set for hearing on January 30, 2023, in Courtroom 2, is RESET for hearing on February 1, 2023, at 10:00 a.m., in Courtroom 9, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **December 21, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] Specifically, on June 3, 2022, Defendant filed a motion to modify the scheduling order before the District Judge, and the Court reset the matter before the assigned Magistrate Judge. (ECF Nos. 15, 16.) On July 1, 2022, Defendant filed a motion to extend the deposition of Plaintiff before the District Judge, and the Court reset the hearing before the Magistrate Judge. (ECF Nos. 18, 20.) On October 28, 2022, Plaintiff filed the motion for leave to allow the taking of more than ten (10) depositions and set the hearing before the District Judge and the Court reset the hearing before the Magistrate Judge. (ECF No. 29.) The motion was denied without prejudice as no joint statement was filed, as required by Local Rule 251(a). On December 8, 2022, Defendant filed a motion to dismiss and set the matter for hearing before the Magistrate Judge, and the Court then reset the hearing before the District Judge. (ECF Nos. 33, 34.)