1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  FIEL D. TIGNO, State Bar No. 161195
   Supervising Deputy Attorney General
3  BRANDON FIELDS, State Bar No. 282942
   Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA  94612-0550
     Telephone:  (510) 879-0752
6    Fax:  (510) 622-2270
     E-mail:  Brandon.Fields@doj.ca.gov
7  *Attorneys for Defendant The Board of Trustees of*
   *the California State University (also erroneously*
8  *sued as State of California)*

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **Carla Rounds,** | 1:20-cv-00170-DAD-CKD |
| Plaintiff, | **AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF DEFENDANT** |
| v. | |
| **The Board of Trustees of the California State University, State of California,** | Date: November 7, 2023<br>Time: 1:30 p.m.<br>Dept: Courtroom 5<br>Judge: The Honorable Dale A. Drozd<br>Trial Date: January 23, 2024<br>Action Filed: 12/16/2019 |
| Defendants. | |

21

22        TO PLAINTIFF CARLA ROUNDS AND HER ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that on November 7, 2023 at 1:30 p.m. in Courtroom 5 of the

24  above-entitled court, located at 501 I Street, Sacramento, CA 95814, or on such other date, time

25  and location as determined by the Court, defendant The Board of Trustees of the California State

26  University (also erroneously sued as State of California) will and hereby does move this court for

27  an order pursuant to Fed. R. Civ. P. 56 granting summary judgment as to this entire action, or in

28  the alternative, granting summary adjudication as to the causes of action in the First Amended

                                              1

1   Complaint ("FAC") of plaintiff Carla Rounds, and as to affirmative defenses pleaded in

2   Defendant's *Answer*.  By this motion defendant requests:

3        A.    Summary judgment be granted in favor of Defendant and against Plaintiff, and an

4   award of costs of suit incurred herein, and such other relief as may be just; or

5        B.    Alternatively, if for any reason summary judgment cannot be had, for an order

6   adjudicating that there is no merit to the causes of action contained in the FAC of plaintiff Carla

7   Rounds filed herein, and that final judgment in this action shall, in addition to any matters

8   determined by the court, award judgment as established by such adjudication on each of the

9   following causes of action, issues, and/or affirmative defenses:

10       ISSUE NO. 1: PLAINTIFF'S CAUSES OF ACTION FOR FEHA DISCRIMINATION

11   BASED ON HER GENDER, RACE, AND DISABILITY LACK MERIT BECAUSE

12   PLAINTIFF CANNOT SHOW ANIMUS BASED ON A PROTECTED CHARACTERISTIC,

13   DID NOT SUFFER AN ADVERSE EMPLOYMENT ACTION, AND CSU HAD

14   LEGITIMATE, NON-DISCRIMINATORY REASONS FOR THE EVENTS THAT UNDERLY

15   PLAINTIFF'S CLAIMS (as alleged in Affirmative Defenses Nos. 1, 3, 7, 8, 11, 12, 16, 25, 26, 27

16   and 31 of Defendants' Answer filed May 12, 2023.)

17       ISSUE NO. 2: PLAINTIFF'S CAUSE OF ACTION FOR FEHA HARASSMENT LACKS

18   MERIT AS PLAINTIFF CANNOT SHOW ABUSIVE CONDUCT BASED ON A

19   PROTECTED CHARACTERISTIC THAT WAS SUFFICIENTLY SEVERE OR PERVASIVE

20   TO ALTER THE CONDITIONS OF EMPLOYMENT (as alleged in Affirmative Defenses Nos.

21   1, 3, 7, 8, 11, 12, 16, 25, 26, 27 and 31 of Defendants' Answer filed May 12, 2023.)

22       ISSUE NO. 3: PLAINTIFF'S CAUSE OF ACTION FOR WHISTLEBLOWER

23   RETALIATION UNDER LABOR CODE SECTION 1102.5 FAILS BECAUSE PLAINTIFF

24   DID NOT ENGAGE IN PROTECTED ACTIVITY, NO EMPLOYMENT ACTION WAS DUE

25   TO PROTECTED ACTIVITY, AND CSU WOULD HAVE MADE THE SAME

26   CHALLENGED PERSONNEL DECISIONS REGARDLESS OF HER CLAIMED

27   PROTECTED ACTIVITY (as alleged in Affirmative Defenses Nos. 1, 3, 7, 8, 11, 12, 16, 25, 26,

28   27 and 31 of Defendants' Answer filed May 12, 2023.)

2

1    ISSUE NO. 4: PLAINTIFF'S CAUSE OF ACTION FOR WHISTLEBLOWER

2   RETALIATION UNDER LABOR CODE SECTION 6310 FAILS BECAUSE HER

3   COMPLAINTS WERE NOT ABOUT UNSAFE WORKING CONDITIONS OR AN UNSAFE

4   WORKPLACE (as alleged in Affirmative Defenses Nos. 1, 3, 7, 8, 11, 12, 16, 25, 26, 27 and 31

5   of Defendants' Answer filed May 12, 2023.)

6    ISSUE NO. 5: PLAINTIFF'S SEVENTH CAUSE OF ACTION FAILS TO STATE A

7   CLAIM FOR VIOLATION OF THE FIRST AMENDMENT RIGHT TO FREE SPEECH (as

8   alleged in Affirmative Defenses Nos. 1, 3, 7, 8, 11, 12, 16, 25, 26, 27 and 31 of Defendants'

9   Answer filed May 12, 2023.)

10    This motion is based on this notice, the memorandum of points and authorities submitted

11   herewith, the statement of undisputed facts and declarations and exhibits filed concurrently

12   herewith, the records and files in this action, and such argument and evidence as may be

13   presented at or before the hearing on this matter.

14

15   Dated:  September 26, 2023                     Respectfully submitted,

16                                                 ROB BONTA
                                                   Attorney General of California
17                                                 FIEL D. TIGNO
                                                   Supervising Deputy Attorney General
18

19

20                                                 BRANDON FIELDS
                                                   Deputy Attorney General
21                                                 *Attorneys for Defendant*
                                                   *The Board of Trustees of the California State*
22                                                 *University (also erroneously sued as State of*
                                                   *California)*
23   OK2020900010
     91678734.docx
24

25

26

27

28