ROB BONTA, State Bar No. 202668
Attorney General of California
FIEL D. TIGNO, State Bar No. 161195
Supervising Deputy Attorney General
BRANDON FIELDS, State Bar No. 282942
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0752
 Fax:  (510) 622-2270
 E-mail:  Brandon.Fields@doj.ca.gov
*Attorneys for Defendant The Board of Trustees of the California State University (also erroneously sued as State of California)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carla Rounds,**<br><br>                            Plaintiff,<br><br>v.<br><br>**The Board of Trustees of the California State University, State of California,**<br><br>                            Defendants. | 1:20-cv-00170-DAD-CKD<br><br>**NOTICE OF DEFENDANT'S EX-PARTE APPLICATION TO EXTEND DEADLINE TO FILE REPLY BRIEF FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:         The Honorable Dale A. Drozd<br>Trial Date:<br>Action Filed:  December 16, 2019 |

TO PLAINTIFF CARLA ROUNDS AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT DEFENDANT THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY IS APPLYING EX-PARTE TO EXTEND THE DEADLINE TO NOVEMBER 30, 2023 TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT.

1

| | | |
|---|---|---|
| 1 | Dated: November 16, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | FIEL D. TIGNO<br>Supervising Deputy Attorney General |

BRANDON FIELDS
Deputy Attorney General
*Attorneys for Defendant*
*The Board of Trustees of the California State University (also erroneously sued as State of California)*

OK2020900010
91704437.docx

2

## DECLARATION OF SERVICE BY ELECTRONIC MAIL

Case Name:  ***Rounds v. The Board of Trustees of the California State University***
Case No.:   **1:20-cv-00170-DAD-CKD**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.

On <u>November 16, 2023</u>, I served the attached

- Notice of Defendant's Ex Parte Application to Extend Deadline to File Reply Brief for Motion for Summary Judgment;
- Memorandum of Points and Authorities in Support of Defendant's Ex Parte Application to Extend Deadline to File Reply Brief for Motion for Summary Judgment;
- Declaration of Brandon Fields in Support of Defendant the Board of Trustees of the California State University's Ex Parte Application for Order to Reinstate Stay and to Resent Case Status Hearing Regarding the Stay; and
- [Proposed] Order Granting Defendant Extension to File Reply Brief in Support of Motion for Summary Judgment

by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Thomas Dimitre Attorney at Law LLC
**E-mail Address**:
dimitre@mind.net
*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 16, 2023, at Oakland, California.

|  Ida Martinac  |   |
| :---: | :---: |
| Declarant | Signature |

OK2020900010
91705208.docx